UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| MARK F. BERGENS, | ) |
| Plaintiff, | ) |
| v. | ) 3:23-CV-00304-DCLC-DCP |
| DIVERSE CONCEPTS, LLC, et al., | ) |
| Defendants. | ) |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion and Order, Defendants' Motion for Summary Judgment [Doc. 25] is **GRANTED**. Accordingly, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court